Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:    (208) 667-2900
Fax:    (208) 667-2150
Email:  brucea@eaidaho.com

Attorney for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In re: | Case No.: 17-00756 |
|---|---|
| Dick Campbell Company, | Chapter 11 |
| Debtor-in-Possession. | |

APPLICATION FOR INTERIM COMPENSATION AND NOTICE

**NOTICE OF APPLICATION FOR INTERIM COMPENSATION
AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

**No Objection:** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **twenty-one (21)** days of the date of service of this Notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection:** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection:** The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

APPLICATION FOR INTERIM
COMPENSATION AND NOTICE          -1

TO THE HONORABLE JOSEPH M. MEIER, U.S. BANKRUPTCY JUDGE:

The application of Bruce A. Anderson of the firm Elsaesser Anderson, Chtd., respectfully provides the following narrative summary:

### I. NARRATIVE SUMMARY.

A.  The bankruptcy petition herein was filed on June 14, 2017.

B.  The Application to Employ Elsaesser Jarzabek Anderson Elliott & Macdonald, Chtd [Docket # 7], now Elsaesser Anderson, Chtd., was filed and served on June 14, 2017.

C.  The Order Approving Employment of Attorney [Docket # 38] was signed by the Court on July 20, 2017.

D.  Services are being provided on behalf of Dick Campbell Company, the Debtor-in-Possession.

E.  Services in this case commenced on June 14, 2017. Applicant is now seeking interim compensation pursuant to 11 U.S.C. §§327, 330, 331 and 503(b).

F.  The terms and conditions of employment and compensation including all payments made or promised to be made are as follows:

1.  Debtor-in-Possession paid counsel $25,000.00 on June 8, 2017. From that amount, $13,082.50 was paid to counsel for pre-petition services rendered in the amount of $11,365.50 and the $1,717.00 filing fee. Excess pre-petition billings were written off.

2.  The $11,917.50 in Applicant's trust account at the time the petition was filed, was applied to the First Interim Application for Compensation.

3.  The source of all payments made to the applicant thus far is the Debtor-in-Possession. No cap or limitation has been placed on the applicant's representation herein. Hourly rates are listed below.

APPLICATION FOR INTERIM
COMPENSATION AND NOTICE          -2

G. Applicant charges non-bankruptcy clients comparable rates for similar services.

H. This is the second interim application for compensation and the following is a complete list of all prior applications submitted to the Court for approval. There are no approved fees and expenses remaining unpaid.

| Date of Application | Date Order Approved & Amount Approved | Payments | Amount of Fees & Expenses Remaining unpaid |
|---|---|---|---|
| 11/08/2017 #71<br>$40,178.75 Fees<br>$1,528.93 Costs<br>$41,707.68 Total | 12/11/2017   #95<br>$34,151.93 Fees<br>$1,528.93 Costs<br>$35,680.86 Total | $11,917.50 from Trust on 12/21/17<br>$23,763.36 by Wire on 12/15/17<br>$35,680.86 Total | $0.00 |

As is set forth in the Court's Order at Docket # 95, counsel voluntarily agreed to reduce its fees by 15%, or to a rate of $297.50 per hour for attorney Bruce A. Anderson.

I. Applicant is now seeking interim compensation pursuant to 11 U.S.C. §§327, 330, 331 and 503(b), and the names and hourly rates of applicants, professionals, and paralegals who are requesting compensation are as follows:

| Name | Position | Hourly Rate | Total Time | | Discounted |
|---|---|---|---|---|---|
| Bruce A. Anderson | Attorney | $350.00 | 130.50 | $45,675.00 | $38,823.75 |
| Bruce A. Anderson (travel) | Attorney | $175.00 | 15.00 | $2,625.00 | $2,231.25 |
| Bruce A. Anderson | Attorney | $0.00 | 6.00 | $ 0.00 | $ 0.00 |
| Total Fees | | | | $48,300.00 | $41,055.00 |
| Voluntary Reduction | | | | ($7,245.00) | |
| Total Expenses | | | | $ 2,369.87 | $ 2,369.87 |
| Total Requested | | | | $43,424.87 | $43,424.87 |

Attached as **Exhibit A** is the detailed description for fees requested and a complete accounting for all costs incurred for which reimbursement is requested. The amount of costs was computed utilizing the following methods of allocation:

Copies are charged at the rate of $0.10 each; postage is charged at actual cost; faxes are charged at $1.00 per page, and mileage is charged at federal allowed per mile rate at the time incurred ($0.535 for 2017).

APPLICATION FOR INTERIM
COMPENSATION AND NOTICE           -3

J.  The time period covered by this application is from November 1, 2017 through February 28, 2018.

K.  This application has not been filed less than 120 days after the order for relief or after a prior application to the Court.

## II. CASE STATUS. ONLY FOR DEBTOR'S ATTORNEY APPLICATIONS.

A.  As of February 28, 2018, Debtor has roughly $652,489.76 in its general bank account.

B.  The amount and nature of accrued unpaid administrative expenses (including Trustee fees and expenses, if applicable): None, but attorneys' fees.

C.  Operating profit or loss: Net income/loss of roughly $557,252.00 through February 28 2018.

D.  Current Status: Debtor-in-Possession has filed a Disclosure Statement and Amended Plan of Reorganization. The hearing on Confirmation of First Amended Plan of Reorganization is to be held on April 17, 2018. An objection to confirmation has been filed and it is hoped that it will not stand in the way of confirmation.

E.  Counsel will supplement this application if there are any changes in the status of the case by the date of hearing on this application.

## III. PROJECT SUMMARY.

Compensation and reimbursement are being sought for the following:

**CASE ADMINISTRATION:**

Time in this category has been in assisting Debtor in preparation and filing of Monthly Operating Reports. Additional time was spent working with the client and with special counsel on inquiries regarding retainer.

APPLICATION FOR INTERIM
COMPENSATION AND NOTICE         -4

**EMPLOYMENT AND FEE APPLICATIONS:**

Time in this category includes work and expenses related to the preparing and serving the First Interim Application for Compensation, and responding to the Court's requested revisions.

**APPEAL MATTER:**

Time spent in this category included communications with appellate counsel Chris Holland, to keep up to date on appellate proceeding.

**PLAN AND DISCLOSURE STATEMENT:**

Time spent in this category included revisions and substantial preparation of the Disclosure Statement and Plan; working with creditors Wells Fargo Bank and Polara in including additional disclosures to Disclosure Statement; preparing for and attending depositions of Dick Campbell Company, Phil Tate, and Angie Tate; responding to discovery and moving to quash discovery requests; working with the US Trustee on additional disclosures in Disclosure Statement; working with the Clifton Larson Allen, the accounting firm on turning over documentary evidence to Polara; working on balloting and balloting report; review of detailed objection to confirmation filed by Polara; and begin preparing a response to same.

WHEREFORE, applicant prays that this Court enter an Order approving reasonable professional fees in the amount of $41,055.00, and reimbursement of costs and expenses in the amount of $2,369.87, for a total of $43,424.87, and allow payment of same.

DATED this 28rd day of March, 2018.

ELSAESSER ANDERSON, CHTD.

/s/ *Bruce A. Anderson*
BRUCE A. ANDERSON
Attorney for Debtor-in-Possession

## CERTIFICATION

The applicant certifies that the person on whose behalf the applicant is employed has received and reviewed the application for compensation and reimbursement for expenses. The applicant further certifies that the person on whose behalf the applicant is employed has:

[ X ] approved the application.

[   ] not approved the application.

                                                    */s/ Bruce A. Anderson*
                                                    BRUCE A. ANDERSON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2018, I electronically filed with the Clerk of the Court a copy of the foregoing Application for Interim Compensation and Notice and attachments, in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

Mary P Kimmel on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

Kelly Greene McConnell on behalf of Creditor Wells Fargo Bank, National Association and Wells Fargo Equipment Finance, Inc.
litigation@givenspursley.com

Sheila Rae Schwager and Brent Russel Wilson behalf of Creditor Polara Engineering, Inc.
sschwager@hawleytroxell.com, bwilson@hawleytroxell.com, cdavenport@hawleytroxell.com

Scott David Swanson on behalf of Debtor Dick Campbell Company, Inc.
swanson@dykaslaw.com, ecf@dykaslaw.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

I further certify that on March 28, 2018, I sent the foregoing Application for Interim Compensation and Notice and attachments to the following person(s) on the following MML, except for those already receiving ECF and duplicates, via U.S. Mail, postage prepaid.

Dated this 28th day of March, 2018.

                                                  */s/ Bruce A. Anderson*
                                                  Bruce A. Anderson

```
Label Matrix for local noticing        Advanced Heating and Cooling         Advanced Soldering Institute
0976-1                                 721 N. Ralstin Street                295 Tendoy Dr
Case 17-00756-JMM                      Meridian, ID 83642-4079              Idaho Falls, ID 83401-4126
District of Idaho
Boise
Wed Mar 28 15:38:08 MDT 2018

Bruce A. Anderson                      Anixter, Inc.                        Barantec, Inc.
320 East Neider Avenue                 PO Box 847428                        777 Passiac Avenue
Suite 102                              Dallas, TX  75284-7428               Clifton, NJ 07012-1878
Coeur d'Alene, ID 83815-6007


Campbell on McGregor, Ltd.             Clifton Larson Allen LLP             Dick Campbell Company, Inc.
450 W McGregor Drive                   800 West Main Street                 450 W. McGregor Drive
Boise, ID 83705-5224                   Suite 1220                           Boise, ID 83705-5224
                                       Boise, ID 83702-5973


Digi-Key Corp 830129                   J Ford Elsaesser                     Katherine A Elsaesser
PO Box 250                             414 Church Street, Suite 201         Elsaesser Anderson, Chtd.
Thief River Falls, MN 56701-0250       POB 1048                             POB 369
                                       Sandpoint, ID 83864-0855             Priest River, ID 83856-0369


First Call                             General Tool and Supply              Global Industrial
c/o EKC Inc                            2705 NW Nicolai Street               29833 Network Place
PO Box 1465                            Portland, OR 97210-1818              Chicago, IL 60673-1298
Boise, ID 83701-1465


Chris Holland                          Idaho Central Credit Union           Interstate Plastics
Holland Law, LLP                       775 E. Parkcenter Blvd.              PO Box 398094
220 Montgomery St                      Boise, ID 83706-6528                 San Francisco, CA  94139-8094
San Francisco, CA 94104-3402


JT Ryerson and Sons                    Joseph T. Ryerson & Son, Inc.        Kimball
24487 Network Place                    Attn: Joy Mitchell                   2233 South 300 East
Chicago, IL 60673-1244                 455 85th Ave NW                      Salt Lake City, UT 84115-2803
                                       Coon Rapids MN 55433-6026


Mary P Kimmel                          Kelly Greene McConnell               Newhaven Display
OFFICE OF THE US TRUSTEE US DEPT       POB 2720                             2661 Galvin Court
720 Park Blvd., Ste. 220               Boise, ID 83701-2720                 Elgin, IL 60124-8092
Boise, ID 83712-7785


Nippon Carbide Industries              Polara Engineering                   Polara Engineering, Inc.
13856 Bettencourt Street               9153 Stellar Court                   Hawley Troxell Ennis & Hawley, LLP
Cerritos, CA 90703-1010                Corona, CA 92883-4924                877 Main Street, Suite 1000
                                                                            P.O. Box 1617
                                                                            Boise, ID 83701-1617

Polara Engineering, Inc.               Quick Turn Circuits                  Sheila Rae Schwager
c/o Brent R. Wilson                    122 South Navajo Street              HAWLEY TROXELL ENNIS and HAWLEY LLP
Hawley Troxell Ennis & Hawley, LLP     Salt Lake City, UT 84104-1820        POB 1617
877 Main Street, Suite 1000                                                 Boise, ID 83701-1617
Boise, ID 83702-5884
```

```
SteamRoller Studio, Inc.              Steamroller Studios, Inc.           Scott David Swanson
3704 West Kootenai Street             3704 West Kootenai Street           Shaver & Swanson, LLP
Boise, ID 83705-2251                  Boise, ID 83705-2251                PO Box 877
                                                                          Boise, ID 83701-0877


Tamper Pruf                           US Trustee                          Wells Fargo
8808 Somerset Blvd.                   Washington Group Central Plaza      877 W Main Street
Paramount, CA 90723-4659              720 Park Blvd, Ste 220              Boise, ID 83702-5883
                                      Boise, ID 83712-7785


Wells Fargo Bank, N.A.                Wells Fargo Bank, National Association    Wells Fargo Business Direct
c/o Kelly Greene McConnell            Givens Pursley LLP                        PO Box 29482
Givens Pursley LLP                    c/o Kelly Greene McConnell                Phoenix, AZ 85038-9482
601 W. Bannock St.                    601 W. Bannock St.
Boise, ID 83702-5919                  P.O. Box 2720
                                      Boise, ID 83701-2720

Wells Fargo Equipment Finance, Inc.   Wells Fargo Equipment Finance, Inc.   Brent Russel Wilson
Givens Pursley LLP                    c/o Kelly Greene McConnell            Hawley Troxell Ennis & Hawley, LLP
c/o Kelly Greene McConnell            Givens Pursley LLP                    P.O. Box 1617
601 W. Bannock St.                    601 W. Bannock St.                    Boise, ID 83701-1617
P.O. Box 2720                         Boise, ID 83702-5919
Boise, ID 83701-2720

Worldwide Express                     iEnVision
5000 Meadows Road, Ste 440            3921 East La Palma Avenue
Lake Oswego, OR 97035-2253            Suite Q
                                      Anaheim, CA 92807-1718



              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)17-00756 Dick Campbell Company     (d)Chris Holland                    End of Label Matrix
                                      Holland Law, LLP                    Mailable recipients    43
                                      220 Montgomery Street               Bypassed recipients     2
                                      San Francisco, CA 94104-3402        Total                  45
```