Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:    (208) 667-2900
Fax:    (208) 667-2150

Attorney for Debtor-in Possession

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No.:  17-00756-JMM |
| Dick Campbell Company | Chapter 11 |
| Debtor-in-Possession. | |

## AMENDED BALLOT SUMMARY

The following is a summary of the ballots submitted that have either accepted or rejected the proposed Chapter 11 First Amended Plan filed by Dick Campbell Company on January 2, 2018 (Docket No. 101), which plan is scheduled for confirmation hearing on April 17, 2018.

Pursuant to 11 U.S.C. § 1129(a)(8), in order for a plan to be confirmed, each class of claims or interests much (A) accept as a class the plan, or (B) be a class that is not impaired under the plan.  This form therefore notes each class that is not impaired under the plan.  This form further provides, for each impaired class, a summary of the ballots cast accepting or rejecting the plan.

Respectfully submitted this 16th day of April, 2018.

ELSAESSER ANDERSON, CHTD.

_/s/ Bruce A. Anderson_____
Bruce A. Anderson
Attorneys for Debtor-in-Possession

**AMENDED BALLOT SUMMARY - 1**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2018, I electronically filed with the Clerk of the Court a copy of the foregoing document, in the above-captioned matter, using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s), as well as all parties on the attached MML:

Bruce A. Anderson on behalf of Debtor Dick Campbell Company, Inc.
baafiling@eaidaho.com

J Ford Elsaesser on behalf of Debtor Dick Campbell Company, Inc.
ford@eaidaho.com, Katie@eaidaho.com

Katherine A Elsaesser on behalf of Debtor Dick Campbell Company, Inc.
katie@eaidaho.com

Mary P Kimmel on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

Kelly Greene McConnell on behalf of Creditor Wells Fargo Bank, National Association
litigation@givenspursley.com

Sheila Rae Schwager on behalf of Creditor Polara Engineering, Inc.
sschwager@hawleytroxell.com, cdavenport@hawleytroxell.com

Scott David Swanson on behalf of Debtor Dick Campbell Company, Inc.
swanson@dykaslaw.com, ecf@dykaslaw.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Brent Russel Wilson on behalf of Creditor Polara Engineering, Inc.
bwilson@hawleytroxell.com, cdavenport@hawleytroxell.com

In addition, I served the same on the following non-ECF party:

IRS
550 W Fort Street
Boise, ID 83724

Dated this 16th day of April, 2018.

/s/ Bruce A. Anderson
Bruce A. Anderson
Attorney for Debtor-in-Possession

AMENDED BALLOT SUMMARY - 2

**SUMMARY OF BALLOTING**

Case Name:  Dick Campbell Company
Case No.    17-00756-JMM

| Class (per plan designation) | Description | Class Impaired? | Total Ballots filed by members of class; total amount ($) of ballots filed | Number of filed ballots accepting the plan (A) and rejecting the plan (R) | Percentage of accepting ballots | Amount of filed ballots accepting the plan (A) and rejecting the plan(R) | Percentage of accepting ballots |
|---|---|---|---|---|---|---|---|
| Class 1a Secured | Wells Fargo Note 8647 | No | N/A | N/A | N/A | N/A | N/A |
| Class 1b Secured | Wells Fargo Line of Credit | Yes | 1 ballot $444,972.35 | (A) 1 | 100% | (A) $444,972.35 | 100% |
| Class 1c Secured | Wells Fargo Note 3201 | Yes | 1 ballot $103,817.38 | (A) 1 | 100% | (A) $103,817.38 | 100% |
| Class 1d Secured | Wells Fargo Credit Cards | Yes | 1 ballot $20,992.43 | (A) 1 | 100% | (A) $20,992.43 | 100% |
| Class 1e Secured | Wells Fargo Equipment Finance, Inc., Loan 700 | No | N/A | N/A | N/A | N/A | N/A |
| Class 1f Secured | Wells Fargo Equipment Finance, Inc., Loan 701 | No | N/A | N/A | N/A | N/A | N/A |
| Class 1g Secured | Wells Fargo Equipment Finance, Inc., Loan 702 | No | N/A | N/A | N/A | N/A | N/A |

| Class 1h Secured | Wells Fargo Equipment Finance, Inc., Loan 703 | No | N/A | N/A | N/A | N/A | N/A | N/A |
| Class 1i Secured | Wells Fargo Equipment Finance, Inc., Loan 704 | No | N/A | N/A | N/A | N/A | N/A | N/A |
| Class 2a Unsecured | Polara Engineering, Inc. | Yes | 1 ballot $1,696,017.43 | (R) 1 | 0% | (R) $1,696,017.43 | 0% |
| Class 2b* Unsecured | Unsecured General – Convenience Claims | Yes | 4 ballots $45,191.44 | (A) 4 | 100% | (A) $45,191.44 | 100% |

\* Additional Class 2b ballot accepting the plan in the amount of $968.17 received late on February 9, 2018 is not included above.

## DICK CAMPBELL COMPANY (17-00756)

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of Class **1ᵃ →1ᵈ** claim(s) against the Debtor in the unpaid amount of
$ 1,907,285.44, and

(Check one box only)

[X] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

Dated: 24 January 2018

Signature: _Kelly McConnell_

Print or type name: _Kelly McConnell, counsel to Wells Fargo Bank_

Address: _601 W. Bannock St, Boise, ID 83702_

RETURN THIS BALLOT BY **JANUARY 31, 2018** TO:

**Elsaesser Anderson, Chtd., 320 East Neider Avenue, Suite 102, Coeur d'Alene, Idaho 83815**

BALLOT FOR ACCEPTING OR
REJECTING PLAN OF REORGANIZATION -2

Wells Fargo Bank, N.A.
c/o Kelly Greene McConnell
Givens Pursley LLP
601 W. Bannock St.
Boise, ID 83702-5919

## DICK CAMPBELL COMPANY (17-00756)

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of Class _1c → 1j_ claim(s) against the Debtor in the unpaid amount of $ _415,790.25_ , and

(Check one box only)

[X] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

Dated: _24 January 2018_

Signature: _Kelly McConnell_

Print or type name: _Kelly McConnell counsel to Wells Fargo Equipment Finance, Inc_

Address: _601 West Bannock St. Boise, ID 83702_

RETURN THIS BALLOT BY **JANUARY 31, 2018** TO:

**Elsaesser Anderson, Chtd., 320 East Neider Avenue, Suite 102, Coeur d'Alene, Idaho 83815**

Wells Fargo Equipment Finance, Inc.
Givens Pursley LLP
c/o Kelly Greene McConnell
601 W. Bannock St.
P.O. Box 2720
Boise, ID 83701-2720

## DICK CAMPBELL COMPANY (17-00756)

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of Class _2a_ claim(s) against the Debtor in the unpaid amount of $ _1,696,017.43_, and

(Check one box only)

[ ] ACCEPTS THE PLAN          [✓] REJECTS THE PLAN

Dated: _1/18/2018_

Signature: _Sheila R. Schwager_

Print or type name: _Sheila R. Schwager_

Address: _877 Main Street, Suite 1000_
_Boise, ID 83702_

RETURN THIS BALLOT BY **JANUARY 31, 2018** TO:

**Elsaesser Anderson, Chtd., 320 East Neider Avenue, Suite 102, Coeur d'Alene, Idaho 83815**

Polara Engineering, Inc.
Hawley Troxell Ennis & Hawley, LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617



RECEIVED
JAN 22 2018
ELSAESSER JARZABEK

BALLOT FOR ACCEPTING OR
REJECTING PLAN OF REORGANIZATION -2

## DICK CAMPBELL COMPANY (17-00756)

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of Class _2B_ claim(s) against the Debtor in the unpaid amount of $ _614.29_ and

(Check one box only)

[ ✓ ] ACCEPTS THE PLAN              [ ] REJECTS THE PLAN

Dated: _1/11/18_

Signature: _Richard A. Kimball V._

Print or type name: _RICHARD A. KIMBALL Jr._

Address: _2233 So. 300 EAST_

_Salt Lake City, UTAH 84115_

RETURN THIS BALLOT BY **JANUARY 31, 2018** TO:

**Elsaesser Anderson, Chtd., 320 East Neider Avenue, Suite 102, Coeur d'Alene, Idaho 83815**



RECEIVED
JAN 16 2018
ELSAESSER JARZABEK
ANDERSON

Kimball
2233 South 300 East
Salt Lake City, UT 84115-2803

BALLOT FOR ACCEPTING OR
REJECTING PLAN OF REORGANIZATION  -2

# DICK CAMPBELL COMPANY (17-00756)

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of Class __2A__ claim(s) against the Debtor in the unpaid amount of
$ __7,225.55__ , and

(Check one box only)

[x] ACCEPTS THE PLAN            [ ] REJECTS THE PLAN

Dated: __17-Jan-2018__

Signature: ___Yvonne Kersting___

Print or type name: __Yvonne Kersting AR Analyst__

Address: __Digi-Key Electronics   701 Brooks Ave S__

__Thief River Falls, MN 56701-7950__

RETURN THIS BALLOT BY **JANUARY 31, 2018** TO:

**Elsaesser Anderson, Chtd., 320 East Neider Avenue, Suite 102, Coeur d'Alene, Idaho 83815**

Digi-Key Corp 830129
PO Box 250
Thief River Falls, MN 56701-0250



BALLOT FOR ACCEPTING OR
REJECTING PLAN OF REORGANIZATION -2

## DICK CAMPBELL COMPANY (17-00756)

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of Class ___2b___ claim(s) against the Debtor in the unpaid amount of $ ___8158___ , and

(Check one box only)

[X] ACCEPTS THE PLAN                    [ ] REJECTS THE PLAN

Dated: ___1/17/18___

Signature: ___Brian Ellsworth___

Print or type name: ___Brian Ellsworth___

Address: ___First Call___

___P.O. Box  1465    Boise, Id 83702___

RETURN THIS BALLOT BY **JANUARY 31, 2018** TO:

**Elsaesser Anderson, Chtd., 320 East Neider Avenue, Suite 102, Coeur d'Alene, Idaho 83815**



RECEIVED
JAN 22 2018
ELSAESSER JARZABEK
ANDERSON

BALLOT FOR ACCEPTING OR
REJECTING PLAN OF REORGANIZATION -2

First Call
c/o EKC Inc
PO Box 1465
Boise, ID 83701-1465

## DICK CAMPBELL COMPANY (17-00756)

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of Class 2b claim(s) against the Debtor in the unpaid amount of $ 29,193.60 , and

(Check one box only)

[X] ACCEPTS THE PLAN                    [ ] REJECTS THE PLAN

Dated: 1/18/18

Signature: Joy Mitchell  (JOSEPH T. RYERSON & SON, INC.)

Print or type name: JOY MITCHELL

Address: 455 85TH AVE NW

COON RAPIDS, MN 55433-6026

RETURN THIS BALLOT BY **JANUARY 31, 2018** TO:

**Elsaesser Anderson, Chtd., 320 East Neider Avenue, Suite 102, Coeur d'Alene, Idaho 83815**



RECEIVED
JAN 22 2018
ELSAESSER JARZABEK
ANDERSON

BALLOT FOR ACCEPTING OR
REJECTING PLAN OF REORGANIZATION -2

Joseph T. Ryerson & Son, Inc.
Attn: Joy Mitchell
455 85th Ave NW
Coon Rapids MN 55433-6026

Label Matrix for local noticing
0976-1
Case 17-00756-JMM
District of Idaho
Boise
Mon Apr 16 10:47:57 MDT 2018

Advanced Heating and Cooling
721 N. Ralstin Street
Meridian, ID 83642-4079

Advanced Soldering Institute
295 Tendoy Dr
Idaho Falls, ID 83401-4126

Bruce A. Anderson
320 East Neider Avenue
Suite 102
Coeur d'Alene, ID 83815-6007

Anixter, Inc.
PO Box 847428
Dallas, TX  75284-7428

Barantec, Inc.
777 Passiac Avenue
Clifton, NJ 07012-1878

Campbell on McGregor, Ltd.
450 W McGregor Drive
Boise, ID 83705-5224

Clifton Larson Allen LLP
800 West Main Street
Suite 1220
Boise, ID 83702-5973

Dick Campbell Company, Inc.
450 W. McGregor Drive
Boise, ID 83705-5224

Digi-Key Corp 830129
PO Box 250
Thief River Falls, MN 56701-0250

J Ford Elsaesser
414 Church Street, Suite 201
POB 1049
Sandpoint, ID 83864-0855

Katherine A Elsaesser
Elsaesser Anderson, Chtd.
POB 369
Priest River, ID 83856-0369

First Call
c/o EKC Inc
PO Box 1465
Boise, ID 83701-1465

General Tool and Supply
2705 NW Nicolai Street
Portland, OR 97210-1818

Global Industrial
29833 Network Place
Chicago, IL 60673-1298

Chris Holland
Holland Law, LLP
220 Montgomery St
San Francisco, CA 94104-3402

Idaho Central Credit Union
775 E. Parkcenter Blvd.
Boise, ID 83706-6528

Interstate Plastics
PO Box 398094
San Francisco, CA  94139-8094

JT Ryerson and Sons
24487 Network Place
Chicago, IL 60673-1244

Joseph T. Ryerson & Son, Inc.
Attn: Joy Mitchell
455 85th Ave NW
Coon Rapids MN 55433-6026

Kimball
2233 South 300 East
Salt Lake City, UT 84115-2803

Mary P Kimmel
OFFICE OF THE US TRUSTEE US DEPT
720 Park Blvd., Ste. 220
Boise, ID 83712-7785

Kelly Greene McConnell
POB 2720
Boise, ID 83701-2720

Newhaven Display
2661 Galvin Court
Elgin, IL 60124-8092

Nippon Carbide Industries
13856 Bettencourt Street
Cerritos, CA 90703-1010

Polara Engineering
9153 Stellar Court
Corona, CA 92883-4924

Polara Engineering, Inc.
Hawley Troxell Ennis & Hawley, LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617

Polara Engineering, Inc.
c/o Brent R. Wilson
Hawley Troxell Ennis & Hawley, LLP
877 Main Street, Suite 1000
Boise, ID 83702-5884

Quick Turn Circuits
122 South Navajo Street
Salt Lake City, UT 84104-1820

Sheila Rae Schwager
HAWLEY TROXELL ENNIS and HAWLEY LLP
POB 1617
Boise, ID 83701-1617

SteamRoller Studio, Inc.
3704 West Kootenai Street
Boise, ID 83705-2251

Steamroller Studios, Inc.
3704 West Kootenai Street
Boise, ID 83705-2251

Scott David Swanson
Shaver & Swanson, LLP
PO Box 877
Boise, ID 83701-0877

Tamper Pruf
8808 Somerset Blvd.
Paramount, CA 90723-4659

US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785

Wells Fargo
877 W Main Street
Boise, ID 83702-5883

Wells Fargo Bank, N.A.
c/o Kelly Greene McConnell
Givens Pursley LLP
601 W. Bannock St.
Boise, ID 83702-5919

Wells Fargo Bank, National Association
Givens Pursley LLP
c/o Kelly Greene McConnell
601 W. Bannock St.
P.O. Box 2720
Boise, ID 83701-2720

Wells Fargo Business Direct
PO Box 29482
Phoenix, AZ 85038-9482

Wells Fargo Equipment Finance, Inc.
Givens Pursley LLP
c/o Kelly Greene McConnell
601 W. Bannock St.
P.O. Box 2720
Boise, ID 83701-2720

Wells Fargo Equipment Finance, Inc.
c/o Kelly Greene McConnell
Givens Pursley LLP
601 W. Bannock St.
Boise, ID 83702-5919

Brent Russel Wilson
Hawley Troxell Ennis & Hawley, LLP
P.O. Box 1617
Boise, ID 83701-1617

Worldwide Express
5000 Meadows Road, Ste 440
Lake Oswego, OR 97035-2253

iEnVision
3921 East La Palma Avenue
Suite Q
Anaheim, CA 92807-1718

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)17-00756 Dick Campbell Company

(d)Chris Holland
Holland Law, LLP
220 Montgomery Street
San Francisco, CA 94104-3402

End of Label Matrix
Mailable recipients    43
Bypassed recipients     2
Total                  45